**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAUL TATE, | ) | CASE NO. 4:25-CV-01365-MJH |
| | ) | |
| Petitioner, | ) | JUDGE MICHAEL J. HENDERSHOT |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| WARDEN IAN HEALY, | ) | |
| | ) | |
| Respondent. | ) | |

Before the Court is the Report and Recommendation, [R.17], of Magistrate Judge Amanda M. Knapp recommending that the Court dismiss without prejudice Petitioner Paul Tate's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, [R.1].

Under the relevant statute, a party has 14 days to object to a Report and Recommendation, which triggers a district court's de-novo review. *See* 28 U.S.C. § 636(b)(1)(C). A party who does not file timely objections forfeits the district court's de-novo review. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140, 146–52 (1985) (upholding the Sixth Circuit's forfeiture rule as within its supervisory powers and consistent with 28 U.S.C. § 636(b)(1)(C)).

The Magistrate Judge issued the Report on May 29, 2026. [R.17]. The Report plainly stated the consequences for failing to timely submit objections. [*Id.* at 104]. No objection to the Report has been filed and the deadline for doing so has passed. The Court notes that although past orders mailed to Petitioner have been returned to the Clerk of Court as undeliverable, [*id.* at 102–03], a copy of the Report was mailed to Petitioner's last address noticed by Respondent on the docket, [R.18]. The docket reflects that this copy of the Report was not returned as undeliverable. (To avoid confusion, while a copy of the Report was returned as undeliverable, [R.19], that copy was sent by the Clerk of Court to Petitioner's previous address.)

The Court has reviewed the Report. For the reasons stated there, the Court ACCEPTS and ADOPTS the Report [R.17] in its entirety. The Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: October 1, 2026

*s/ Michael J. Hendershot*
**HONORABLE MICHAEL J. HENDERSHOT**
**UNITED STATES DISTRICT COURT**